**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MENCHACA,<br><br>             Petitioner,<br><br>    vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>             Respondent. | CASE NO. CV 09-04289 RSWL (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 20, 2010

*RONALD S.W. LEW*

HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE