O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MENCHACA, | CASE NO. CV 09-04289 RSWL (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| DOMINGO URIBE, JR., WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of MICHAEL ANTHONY MENCHACA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 20, 2010

*RONALD S.W. LEW*
───────────────────────
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE